HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE ALFREDO JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE ALFREDO JIMENEZ,<br><br>            Defendant. | Case No.  1:11-cr-00353-AWI-BAM-4<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  ANTHONY W. ISHII |

Defendant, JOSE ALFREDO JIMENEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On October 15, 2013, this Court sentenced Mr. Jimenez to a term of 57 months imprisonment;

3.  His total offense level was 25, his criminal history category was I, and the resulting guideline range was 57 to 71 months.  He received relief from the statutory mandatory minimum on the government's motion;

4. The sentencing range applicable to Mr. Jimenez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Jimenez' total offense level has been reduced from 25 to 23, and his amended guideline range is 46 to 57 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Jimenez' term of imprisonment to 46 months, effective November 1, 2015.

Respectfully submitted,

Dated: September 21, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: September 21, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JOSE ALFREDO JIMENEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Jimenez is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2013 is reduced to a term of 46 months, effective November 1, 2015.  If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.  In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Jimenez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   September 28, 2015              _____
                                          SENIOR DISTRICT JUDGE